UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>    Plaintiff,<br><br>   v.<br><br>NOVATO POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 23-cv-05305-SI<br><br>**ORDER DISMISSING CASE** |

In an order filed October 31, 2023, the Court dismissed the complaint and granted leave to amend. Dkt. No. 8. That order stated that if an amended complaint was not filed by November 20, 2023, the Court would dismiss this case. As of the filing date of this order, plaintiff Briggett C. Phelps has not filed an amended complaint. Accordingly, the Court DISMISSES this case.

**IT IS SO ORDERED**.

Dated: November 28, 2023

SUSAN ILLSTON
United States District Judge