UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOVATO POLICE DEPARTMENT, *et al.*,<br><br>　　　　Defendants. | Case No. 23-cv-05305-SI<br><br>**JUDGMENT** |

　　　The Court has dismissed this case.  Judgment is hereby entered against plaintiff Briggett C. Phelps.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge